SCHUMAN, Appellant, v. SLEIGHT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Caroline Schuman against Peter R. Sleight and another, as executors, etc. No opinion. Judgment and order affirmed, with costs.

SCHWANAN, Appellant, v. TRUAX et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Florence B. Schwanan against Edgar I. Truax and another. No opinion. Judgment unanimously affirmed, with costs.

SEARING et al., Respondents, v. LEE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Frederick F. Searing and others against George A. Lee and another. C. J. Hardy, for appellants. C. Norwood, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SEARLE v. HALSTEAD & CO. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Appeal from Trial Term, New York County. Action by Clifford N. Searle against Halstead & Co. From an order granting a bill of particulars, defendant appeals. Modified and affirmed. William H. Wadhams, for appellant. Philip B. Adams, for respondent.

PER CURIAM. The order appealed from should be modified, by striking out clause D. in that part of the order directing particulars as to the second separate and distinct defense, and by striking out subdivision E at the end of said order. As so modified, the order should be affirmed, with $10 costs and disbursements to the defendant to abide the event.

SENGEL, Appellant, v. DOREMUS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Emilla Sengel against Kathryne G. Doremus and others. No opinion. There has been nothing to prevent the plaintiff from having the premises readvertised, as directed in the order. Order affirmed, with $10 costs and disbursements.

SHAFRAN et al., Respondents, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Isidore Shafran and another against Moses Cohen and another. No opinion. Judgment of the Municipal Court modified, by deducting therefrom the sum of $10.80, and, as so modified, affirmed, without costs in this court to either party.

SHANNAHAN, Appellant, v. EMPIRE ENGINEERING CORPORATION, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Edward J. Shannahan, as administrator, etc., of Morris C. Shannahan, deceased, against the Empire Engineering Corporation. No opinion. Judgment unanimously affirmed, with costs.

SHAPIRO, Respondent, v. GRODNICK, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Jacob Shapiro against Jennie Grodnick. No opinion. Motion granted, with $10 costs, unless the defendant perfect her appeal, place the cause on the calendar in time for the next term of this court, and be ready for argument when reached, in which case the motion is denied.

SHAPIRO et al., Respondents, v. WEIR, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Zulkind Shapiro and Bertha Shapiro, a copartnership composing the firm of Z. & B. Shapiro, against Levi C. Weir, as president of the Adams Express Company. No opinion. Motion denied, without costs. See, also, 112 N. Y. Supp. 705.

SHAW, Respondent, v. CHAPPELL, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by George R. Shaw against James Chappell. No opinion. Judgment and order unanimously affirmed, with costs.

SHELDON, Appellant, v. SHELDON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 25, 1908.) Action by Leonard Sheldon, Jr., against Benjamin Sheldon and another, as executors, etc., of Leonard Sheldon, deceased. No opinion. Motion denied.

SHUBERT v. LAUGHLIN et al. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Appeal from Order Entered on Report of Referee. Action by Lee Shubert against John Laughlin and another. From an order confirming a referee's report, defendant Charles O. Maas appeals. Modified and affirmed. See, also, 122 App. Div. 701, 107 N. Y. Supp. 708. J. N. Tuttle, for appellant. N. G. Goldberger, for respondent Shubert. B. Cole, for respondent Laughlin.

PER CURIAM. The order appealed from should be modified, by directing that the matter be sent back to the referee to determine the amount of the disbursements and commissions of Receiver Maas, and that on the coming in and confirmation of that report the plaintiff pay to the receiver the amount of such commissions and disbursements so found. As so modified, the order should be affirmed, with $10 costs and disbursements to the appellant, Maas, against the respondent Shubert.

SILVER LAND IMPROVEMENT CO., Respondent, v. PELLETREAU, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by the Silver Land Improvement Company against Vennette F. Pelletreau. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SMITH, Respondent, v. BROWN BROS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1908.) Action by John J. Smith against the Brown Bros. Company. No opinion. Motion